In the Matter of EDWARD MOSKOWITZ, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Submitted April 30, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

NORTH SHORE ENVIRONMENTAL SOLUTIONS, INC., et al., Plaintiffs, and JARO ZITNANSKY, Appellant, v ALLEN K. GLASS et al., Respondents.

Submitted April 23, 2007; decided May 8, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 894].

135 WEST 36TH LLC et al., Respondents, v WORLD CITY AMERICA INC. et al., Defendants, and CHARLES GALLAGHER et al., Appellants.

Submitted February 26, 2007; decided May 8, 2007

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellants' cross motion for disqualification of respondents' counsel, dismissed upon the ground that such part of the Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.